UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, aka GARY DALE BARGER, <br><br>    Plaintiff, <br><br>    v. <br><br> BARRIOS, et al., <br><br>    Defendants. | Case No.  13-cv-05246-WHO (PR) <br><br> **ORDER OF TRANSFER** |

This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Ventura County, which is in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  November 19, 2013

WILLIAM H. ORRICK
United States District Judge